# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fenner, Gary A. | 2. Court or Organization<br><br>US Court Western District of Missouri | 3. Date of Report<br><br>05/08/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>Charles Evans Whittaker U.S. Courthouse<br>400 E. 9th Street<br>400 E. 9th Street | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1.    2019 | State of Missouri retirement benefits . I have no control in regard to this agreement. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | State of Missouri retirement | $79,033.32 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | State of Missouri retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Herzog Contracting Corp. | transportation and lodging on fishing trip to Ontario, Canada | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenner, Gary A.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  AFFILIATED MANAGERS GROUP | A | Div. | | | Sold | 9/27/2019 | J | | |
| 2.  ALCON INC | | None | | | Sold | 6/11/2019 | J | | |
| 3.  ALPHABET INC CL C | | None | K | T | | | | | |
| 4.  AMAZON COM INC | | None | M | T | Sell | 6/21/2019 | K | E | |
| 5.  AMCOR INC | A | Div. | | | Sell | 7/12/2019 | J | A | |
| 6.  AMCOR INC | | None | See Above | See Above | Sold | 10/4/2019 | J | A | |
| 7.  AMERICAN FUNDS NEW ECONOMY A | D | Div. | M | T | | | | | |
| 8.  AMGEN INC COM | B | Div. | K | T | Sell | 1/22/2019 | J | A | |
| 9.  AMGEN INC COM | | None | See Above | See Above | Sell | 7/23/2019 | J | A | |
| 10.  APPLIED MATERIALS INC 3.900% Due 10-01-25 | B | Int. | L | T | | | | | |
| 11.  ARCHER DANIELS MIDLAND CO | A | Div. | K | T | Buy (Addl.) | 7/23/2019 | J | | |
| 12.  ARCHER DANIELS MIDLAND CO | | None | See Above | See Above | Sell | 10/4/2019 | J | | |
| 13.  AT&T INC COM | B | Div. | K | T | | | | | |
| 14.  BANK HAWAII CORP | A | Div. | J | T | | | | | |
| 15.  BANK NEW YORK MELLON CORP COM | A | Div. | K | T | | | | | |
| 16.  BEMIS INC COM | A | Div. | | | | | | | |
| 17.  BERKSHIRE HATHAWAY INC DEL CL B NEW | | None | J | T | Buy (Addl.) | 7/23/2019 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   BOEING CO COM | A | Div. | J | T | Sell | 1/22/2019 | J | B | |
| 19.   BOEING CO COM | | None | See Above | See Above | Sell | 3/12/2019 | J | C | |
| 20.   BROADCOM LTD | A | Div. | K | T | Buy | 2/4/2019 | J | | |
| 21.   BROADCOM LTD | | None | See Above | See Above | Buy (Addl.) | 8/9/2019 | J | | |
| 22.   CAPITAL ONE FINL CORP COM | A | Div. | K | T | Sell | 9/27/2019 | J | A | |
| 23.   CENTERPOINT ENERGY INC COM | A | Div. | J | T | Buy | 2/25/2019 | J | | |
| 24.   CENTERPOINT ENERGY INC CONV PFD 7% | A | Div. | J | T | Buy | 2/4/2019 | J | | |
| 25.   CENTERPOINT ENERGY INC CONV PFD 7% | | None | See Above | See Above | Buy (Addl.) | 2/5/2019 | J | | |
| 26.   CHEVRON CORP | A | Div. | J | T | | | | | |
| 27.   CISCO SYS INC COM | A | Div. | K | T | Sell | 2/4/2019 | J | B | |
| 28.   CISCO SYS INC COM | | None | See Above | See Above | Sell | 2/25/2019 | J | B | |
| 29.   COLUMBIA MO WTR & ELEC REV REF & IMPT SYS 3.000% Due 10-01-24 | A | Int. | K | T | | | | | |
| 30.   CONOCOPHILLIPS | A | Div. | J | T | | | | | |
| 31.   CORTEVA INC | A | Div. | J | T | Sell | 6/7/2019 | J | B | |
| 32.   CORTEVA INC | | None | See Above | See Above | Sold | 6/28/2019 | J | A | |
| 33.   CROSSINGBRIDGE LOW DUR HI YLD INSTL | B | Div. | L | T | Buy | 7/16/2019 | L | | |
| 34.   CROSSINGBRIDGE LOW DUR HI YLD INSTL | | None | See Above | See Above | Buy (Addl.) | 10/4/2019 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br><br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code2<br><br>(J-P) | (4)<br>Gain<br>Code 1<br><br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  CVS CAREMARK CORP COM | A | Div. | K | T | Buy (Addl.) | 6/7/2019 | J | | |
| 36.  CVS CAREMARK CORP COM | | None | See Above | See Above | Buy (Addl.) | 8/9/2019 | J | | |
| 37.  CVS CAREMARK CORP COM | | None | See Above | See Above | Buy (Addl.) | 9/20/2019 | J | | |
| 38.  DIAGEO PLC ADR | A | Div. | K | T | | | | | |
| 39.  DOW DU PONT INC | A | Div. | | | Buy (Addl.) | 1/22/2019 | J | | |
| 40.  DOW DU PONT INC | | None | See Above | See Above | Buy (Addl.) | 2/25/2019 | J | | |
| 41.  DOW INC | A | Div. | J | T | Sell | 4/30/2019 | J | A | |
| 42.  DOW INC | | None | See Above | See Above | Buy (Addl.) | 6/7/2019 | J | | |
| 43.  DOW INC | | None | See Above | See Above | Sell | 6/11/2019 | J | | |
| 44.  DU PONT E I DE NEMOURS & CO SR NT 4.625% DTD 11/09/2009 DUE 01/15/2020 | A | Int. | | | Sold | 4/22/2019 | K | | |
| 45.  DUPONT DE NEMOURS INC | A | Div. | J | T | Buy | 6/7/2019 | J | | |
| 46.  DUPONT DE NEMOURS INC | | None | See Above | See Above | Buy (Addl.) | 6/11/2019 | J | | |
| 47.  DUPONT DE NEMOURS INC | | None | See Above | See Above | Sell | 6/21/2019 | J | | |
| 48.  DUPONT DE NEMOURS INC | | None | See Above | See Above | Sell | 6/28/2019 | J | | |
| 49.  EATON CORP COM | A | Div. | J | T | Buy | 2/4/2019 | J | | |
| 50.  ENERGY SELECT SECTOR SPDR ETF | | None | | | Sold | 2/4/2019 | K | C | |
| 51.  EXXON MOBIL CORP | B | Div. | K | T | Buy (Addl.) | 2/4/2019 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54.  EXXON MOBIL CORP | | None | See Above | See Above | Buy (Addl.) | 7/23/2019 | J | | |
| 53.  FEDERATED INVESTORS INC | A | Div. | K | T | Buy (Addl.) | 6/11/2019 | J | | |
| 54.  FEDEX CORP COM | A | Div. | J | T | Buy (Addl.) | 1/22/2019 | J | | |
| 55.  FEDEX CORP COM | | None | See Above | See Above | Buy (Addl.) | 6/11/2019 | J | | |
| 56.  FIRST EAGLE HIGH YIELD I | A | Div. | | | Sell | 3/27/2019 | J | | |
| 57.  FIRST EAGLE HIGH YIELD I | | None | See Above | See Above | Sold | 10/4/2019 | J | | |
| 58.  FIRST HORIZON NATL CORP COM | A | Div. | J | T | Sell | 10/4/2019 | J | | |
| 59.  GENERAL DYNAMICS CORP 3.875% Due 07-15-21 | A | Int. | K | T | | | | | |
| 60.  HENKEL AG & CO KGAA SPONSORED ADR | | None | J | T | Buy | 10/7/2019 | J | | |
| 61.  HENKEL AG & CO KGAA SPONSORED ADR | | None | See Above | See Above | Buy (Addl.) | 10/8/2019 | J | | |
| 62.  IBM | B | Div. | K | T | Buy (Addl.) | 2/4/2019 | J | | |
| 63.  INTEL CORP COM | A | Div. | K | T | | | | | |
| 64.  ISHARES MSCI ACWI ETF | A | Div. | | | Sold | 2/4/2019 | M | D | |
| 65.  ISHARES MSCI EAFE ETF | C | Div. | L | T | Buy (Addl.) | 2/4/2019 | K | | |
| 66.  ISHARES MSCI EAFE ETF | | None | See Above | See Above | Sell | 7/23/2019 | J | | |
| 67.  ISHARES MSCI EAFE ETF | | None | See Above | See Above | Sell | 9/27/2019 | J | | |
| 68.  ISHARES MSCI EAFE GROWTH ETF | C | Div. | M | T | Buy (Addl.) | 2/4/2019 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ISHARES MSCI EAFE GROWTH ETF | | None | See Above | See Above | Buy (Addl.) | 9/27/2019 | J | | |
| 70. ISHARES RUSSELL 1000 VALUE ETF | | None | | | Sold | 2/4/2019 | L | D | |
| 71. ISHARES TR BARCLAYS 7-10 YR TREAS BD FD | A | Div. | K | T | Buy | 9/27/2019 | K | | |
| 72. ISHARES TR BARCLAYS 7-10 YR TREAS BD FD | | None | See Above | See Above | Buy (Addl.) | 10/4/2019 | J | | |
| 73. JACKSON CNTY MO CONS SCH DIST #2 RAYTOWN REF MO DIR DEP PROGRAM 4.000% Due 03-01-21 | B | Int. | K | T | | | | | |
| 74. JACOBS ENGINEERING GROUP INC | A | Div. | J | T | Sell | 6/11/2019 | J | B | |
| 75. JACOBS ENGINEERING GROUP INC | | None | See Above | See Above | Sell | 7/23/2019 | J | A | |
| 76. JACOBS ENGINEERING GROUP INC | | None | See Above | See Above | Sell | 9/27/2019 | J | B | |
| 77. JOHNSON & JOHNSON | A | Div. | J | T | Sell | 1/22/2019 | J | A | |
| 78. JOHNSON & JOHNSON | | None | See Above | See Above | Sell | 2/4/2019 | J | C | |
| 79. JOHNSON & JOHNSON | | None | See Above | See Above | Sell | 2/25/2019 | J | B | |
| 80. JOHNSON & JOHNSON | | None | See Above | See Above | Sell | 7/23/2019 | J | A | |
| 81. JPMORGAN CHASE & CO COM | B | Div. | L | T | | | | | |
| 82. KEYCORP NEW COM | A | Div. | K | T | Buy (Addl.) | 2/4/2019 | J | | |
| 83. KEYCORP NEW COM | | None | See Above | See Above | Buy (Addl.) | 2/25/2019 | J | | |
| 84. KEYCORP NEW COM | | None | See Above | See Above | Buy (Addl.) | 6/7/2019 | J | | |
| 85. KLA CORP | A | Div. | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. KOHLS CORP COM | A | Div. | J | T | | | | | |
| 87. LABORATORY CORP AMER HLDGS | | None | J | T | Buy (Addl.) | 1/22/2019 | J | | |
| 88. MACYS INC COM | A | Div. | | | Sold | 2/4/2019 | J | B | |
| 89. MEDTRONIC PLC | A | Div. | K | T | | | | | |
| 90. MERCK & CO INC | A | Div. | K | T | Sell | 7/23/2019 | J | A | |
| 91. MICROSOFT CORP COM | A | Div. | K | T | Sell | 6/7/2019 | J | B | |
| 92. MICROSOFT CORP COM | | None | See Above | See Above | Sell | 8/9/2019 | J | C | |
| 93. MICROSOFT CORP COM | | None | See Above | See Above | Sell | 9/27/2019 | J | B | |
| 94. MOLSON COORS BEVERAGE CO | A | Div. | K | T | Buy | 7/23/2019 | J | | |
| 95. MOLSON COORS BEVERAGE CO | | None | See Above | See Above | Buy (Addl.) | 8/9/2019 | K | | |
| 96. MOLSON COORS BEVERAGE CO | | None | See Above | See Above | Buy (Addl.) | 9/20/2019 | J | | |
| 97. MOLSON COORS BEVERAGE CO | | None | See Above | See Above | Buy (Addl.) | 9/27/2019 | J | | |
| 98. MONSANTO 2.750% Due 07-15-21 | B | Int. | L | T | | | | | |
| 99. MUNICH RE GROUP ADR | A | Div. | K | T | Sell | 6/7/2019 | J | A | |
| 100. NBC UNIVERSAL MEDIA LLC 2.875% Due 01-15-23 | A | Int. | K | T | | | | | |
| 101. NCR CORP NEW COM | | None | J | T | | | | | |
| 102. NEXTERA ENERGY INC COM | A | Div. | J | T | Sell | 9/27/2019 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. NEXTERA ENERGY INC COM | | None | See Above | See Above | Sell | 10/4/2019 | J | B | |
| 104. NOVARTIS AG SPONSORED ADR | A | Div. | J | T | Sell | 7/23/2019 | J | A | |
| 105. NUCOR CORP 4.000% Due 08-01-23 | B | Int. | L | T | | | | | |
| 106. OMNICOM GROUP | A | Div. | K | T | Buy (Addl.) | 1/22/2019 | J | | |
| 107. OMNICOM GROUP | | None | See Above | See Above | Buy (Addl.) | 2/4/2019 | J | | |
| 108. ORACLE CORP 2.950% Due 11-15-24 | A | Int. | K | T | Buy | 4/22/2019 | K | | |
| 109. PAYCHEX INC COM | A | Div. | J | T | Sell | 8/9/2019 | J | A | |
| 110. PFIZER INC 2.200% Due 12-15-21 | B | Int. | L | T | Buy | 1/22/2019 | K | | |
| 111. PFIZER INC COM | A | Div. | K | T | Buy (Addl.) | 2/4/2019 | J | | |
| 112. PHILLIPS 66 COM | A | Div. | K | T | Buy (Addl.) | 2/4/2019 | J | | |
| 113. PPL CORP COM | A | Div. | J | T | | | | | |
| 114. PROCTER & GAMBLE CO COM | A | Div. | K | T | Sell | 8/9/2019 | J | B | |
| 115. PROCTER & GAMBLE CO COM | | None | See Above | See Above | Sell | 10/4/2019 | J | A | |
| 116. PRUDENTIAL FINANCIAL INC | B | Div. | K | T | Sell | 6/7/2019 | J | A | |
| 117. QUALCOMM INC 3.000% Due 05-20-22 | A | Int. | K | T | | | | | |
| 118. QUEST DIAGNOSTICS INC | A | Div. | K | T | Buy (Addl.) | 2/4/2019 | J | | |
| 119. RAYTHEON COM NEW | A | Div. | K | T | Buy (Addl.) | 6/7/2019 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.    REGIONS FINL CORP NEW COM | A | Div. | K | T | Buy (Addl.) | 2/4/2019 | J | | |
| 121.    REGIONS FINL CORP NEW COM | | None | See Above | See Above | Buy (Addl.) | 2/25/2019 | J | | |
| 122.    REGIONS FINL CORP NEW COM | | None | See Above | See Above | Buy (Addl.) | 6/7/2019 | J | | |
| 123.    REGIONS FINL CORP NEW COM | | None | See Above | See Above | Buy (Addl.) | 7/23/2019 | J | | |
| 124.    RIVERPARK STRATEGIC INCOME INSTITUTIONAL | B | Div. | K | T | | | | | |
| 125.    ROYAL BK CDA MONTREAL QUE ADR | A | Div. | K | T | Sell | 6/7/2019 | J | | |
| 126.    SCHLUMBERGER LTD COM | A | Div. | K | T | Buy (Addl.) | 2/4/2019 | J | | |
| 127.    SCHLUMBERGER LTD COM | | None | See Above | See Above | Buy (Addl.) | 2/25/2019 | J | | |
| 128.    SCHLUMBERGER LTD COM | | None | See Above | See Above | Sell | 6/21/2019 | J | | |
| 129.    SCHLUMBERGER LTD COM | | None | See Above | See Above | Buy (Addl.) | 7/23/2019 | J | | |
| 130.    SPDR S&P MIDCAP 400 ETF TR UNIT SER 1 STAN | A | Div. | L | T | | | | | |
| 131.    SPDR S&P REGIONAL BANKING ETF | | None | | | Buy | 1/22/2019 | J | | |
| 132.    SPDR S&P REGIONAL BANKING ETF | | None | See Above | See Above | Sold | 2/25/2019 | J | A | |
| 133.    ST CHARLES MO NEIGHBORHOOD IMPT DIST 2.500% Due 03-01-23 | A | Int. | K | T | | | | | |
| 134.    STORE CAPITAL CORP | A | Div. | J | T | Buy | 3/12/2019 | J | | |
| 135.    TARGET CORP COM | A | Div. | K | T | Buy (Addl.) | 1/22/2019 | J | | |
| 136.    TARGET CORP COM | | None | See Above | See Above | Sell | 9/20/2019 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fenner, Gary A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TARGET CORP COM | | None | See Above | See Above | Sell | 9/27/2019 | J | A | |
| 138. TECHNOLOGY SELECT SECTOR SPDR ETF | | None | | | Sold | 2/4/2019 | K | A | |
| 139. THERMO FISHER CORP COM | A | Div. | K | T | Sell | 1/22/2019 | J | B | |
| 140. THORNBURG INTERNATIONAL VALUE I | A | Div. | J | T | | | | | |
| 141. TOTAL SA ADR | A | Div. | J | T | Sell | 2/4/2019 | J | A | |
| 142. TWEEDY BROWNE GLOBAL VALUE | A | Div. | K | T | Sell | 3/27/2019 | J | | |
| 143. TWENTY-FIRST CENTURY FOX INC B | | None | | | Sold | 1/22/2019 | K | D | |
| 144. UNDISCOVERED MGRS BEHAVIORAL VALUE INST | B | Div. | K | T | Buy (Addl.) | 2/4/2019 | K | | |
| 145. UNITED PARCEL SERVICES CL B COM | A | Div. | J | T | Sold | 6/21/2019 | K | | |
| 146. UNITED PARCEL SERVICES CL B COM | | None | See Above | See Above | Buy | 7/23/2019 | J | | |
| 147. UNITED TECHNOLOGIES CORP COM | A | Div. | J | T | | | | | |
| 148. VANECK VECTORS OIL SERVICES ETF | | None | | | Buy | 1/22/2019 | J | | |
| 149. VANECK VECTORS OIL SERVICES ETF | | None | See Above | See Above | Sold | 2/25/2019 | J | A | |
| 150. VODAFONE GROUP PLC ADR | A | Div. | J | T | Buy | 2/4/2019 | J | | |
| 151. VODAFONE GROUP PLC ADR | | None | See Above | See Above | Buy (Addl.) | 6/7/2019 | J | | |
| 152. VODAFONE GROUP PLC ADR | | None | See Above | See Above | Sold | 6/21/2019 | J | | |
| 153. VODAFONE GROUP PLC ADR | | None | See Above | See Above | Buy | 7/23/2019 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. WALMART INC | A | Div. | K | T | Sell | 3/27/2019 | J | A | |
| 155. WALMART INC | | None | See Above | See Above | Sell | 8/9/2019 | J | A | |
| 156. WALT DISNEY CO | A | Div. | J | T | Buy (Addl.) | 1/22/2019 | J | | |
| 157. WALT DISNEY CO | | None | See Above | See Above | Sell | 7/23/2019 | J | A | |
| 158. WALT DISNEY CO | | None | See Above | See Above | Sell | 9/27/2019 | J | A | |
| 159. WELLS FARGO & CO | A | Div. | J | T | Buy (Addl.) | 7/23/2019 | J | | |
| 160. WELLS FARGO SHORT-TERM HI YLD BD INST | C | Div. | L | T | Sell | 7/23/2019 | J | | |
| 161. WELLS FARGO SHORT-TERM HI YLD BD INST | | None | See Above | See Above | Sell | 7/25/2019 | J | | |
| 162. WELLS FARGO SHORT-TERM HI YLD BD INST | | None | See Above | See Above | Sell | 8/9/2019 | J | | |
| 163. WENTZVILLE MO SCH DIST #R-4 REF MO DIRECT DEP PROGRAM 4.000% Due 03-01-25 | B | Int. | K | T | | | | | |
| 164. ZURICH INSURANCE GROUP AG ADR | A | Div. | K | T | Sell | 2/4/2019 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following information all relates to VII. INVESTMENTS AND TRUSTS:

1. Asset #2 - ALCON INC was spun off from NOVARTIS (asset #104) on 4/9/19.
2. Asset #5 - AMCOR INC is a company that was acquired as a subsidiary by BEMIS INC COM (asset #16) on 6/11/19.
3. Asset #31 - CORTEVA INC was spun off from DOW DU PONT INC (asset #39) on 6/13/19.
4. Asset #41 - DOW INC was spun off from DOW DU PONT INC (asset #39) on 4/2/19.
5. Asset #85 - KLA CORP was formerly KLA TENOR CORP COM (asset #38 on my 2018 FDR). The corporate name changed to KLA CORP on 7/15/19.

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/08/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary A. Fenner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544